PER CURIAM.

(No. 74-CC-558—Claimant )

CHICAGO PROGRESSIVE MERCANTILE CO., INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 17, 1974.*

CHICAGO PROGRESSIVE MERCANTILE CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.